**Hiram ASH, Plaintiff–Appellant,**

v.

**Trude Lee ASH; et al., Defendants–Appellees.**

Nos. 02–57137, 03–55028.

D.C. No. CV–02–06137–PA.

United States Court of Appeals, Ninth Circuit.

---

Submitted July 21, 2003.*

Decided July 28, 2003.

Before LEAVY, HAWKINS and
RAWLINSON, Circuit Judges.

## MEMORANDUM**

In these consolidated appeals, Hiram
Ash appeals pro se the district court's
judgment dismissing, for lack of subject
matter jurisdiction, his action alleging vio-
lations of the Racketeer Influenced and
Corrupt Organizations (RICO) Act, con-
version, breach of fiduciary duty, and elder
abuse. We have jurisdiction under 28
U.S.C. § 1291. We review de novo, *Olson
Farms, Inc. v. Barbosa*, 134 F.3d 933, 936
(9th Cir.1998), and we affirm.

Ash's complaint asserted claims relating
to the revocation of the Ash Trust which
were previously considered and ruled upon
by two different state courts in California
and Oregon. Consequently, the district
court properly dismissed Ash's action be-
cause it challenged these final state court
determinations, and raised federal consti-
tutional claims that were "inextricably in-
tertwined" with those state court judg-
ments. *See Doe & Assocs. Law Offices v.
Napolitano*, 252 F.3d 1026, 1029 (9th Cir.
2001).

---

* The panel unanimously finds this case suitable
for decision without oral argument and de-
nies Ash's request for oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Ash's "Urgent Motion Under Circuit
Rule 27–3(b) to Expedite Hearing On
These Appeals" is denied.

**AFFIRMED.**

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

